UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUC BURBON,<br><br>   Plaintiff,<br><br>vs.<br><br>C-LINE PRODUCTS, INC.,<br><br>   Defendants. | Civil Action No. 1:21-cv-00122-WFK-RLM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that John W. Egan, a partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant C-Line Products, Inc., in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: March 10, 2021
   New York, New York

SEYFARTH SHAW LLP

By: */s/ John W. Egan*
  John W. Egan
  620 Eighth Avenue
  New York, New York 10018
  Tel: (212) 218-5500
  Fax: (212) 218-5526
  jegan@seyfarth.com

  *Attorneys for Defendant C-Line Products, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ John W. Egan*
John W. Egan