UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                             Plaintiff,                   *Civil Action No.*

       -against-                             **1:21-cv-00122-WKF-RLM**

C-LINE PRODUCTS, INC.,

                             Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, LUC BURBON and Defendant C-LINE PRODUCTS, INC., hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

Dated: April 13, 2021

                                                   By: _____
                                                         Bradly G. Marks
                                                       The Marks Law Firm, PC
                                                       175 Varick Street, 3rd Fl
                                                       New York, NY 10014
                                                       T:(646) 770-3775