UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LUC BURBON,

                    Plaintiff,

    -against-

C-LINE PRODUCTS, INC.,

                    Defendants.

-------------------------------------------------------X

Case No. 1:21-cv-00122-WFK-RLM

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Luc Burbon and Defendant C-Line Products, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: May 11, 2021

By:_____
   Bradly G. Marks
   The Marks Law Firm, PC
   54 W 40th St, Suite 1131
   New York, NY 10018
   T:(646) 770-3775
   brad@markslawpc.com

By:_____
   John W. Egan, Esq.
   Seyfarth Shaw LLP
   620 Eighth Ave., 32nd Flr.
   New York, NY 10018
   T:(212) 218-5526
   jegan@seyfarth.com

Dated: May 13, 2021
       Brooklyn, New York

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE